1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00337-01 DLJ |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [] ORDER CONTINUING |
| vs. | ) | SENTENCING HEARING DATE FROM |
| | ) | MARCH 21, 2013 TO MARCH 28, 2013 |
| JOSE CARDENAS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant Jose Cardenas, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, March 21, 2013, at 10:00 a.m., be continued to Thursday, March 28, 2013, at 10:00 a.m.

On December 20, 2012, Mr. Cardenas entered a plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to one count of violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) and 860, and a sentencing hearing date was set at that time for March 21, 2013.  Defense counsel respectfully request a one week continuance to March 28, 2013, to

Stipulation and [] Order Continuing
Hearing                                                                 1

1  permit the Probation Officer assigned to conduct the presentence investigation, additional time to
2  consider materials recently submitted by the defense in response to the draft report prepared in
3  this matter.  Accordingly, the defense respectfully request that the sentencing hearing date be
4  continued to March 28, 2013.  United States Probation Officer Benjamin Flores, who has been
5  assigned to conduct the presentence investigation, has been consulted about the requested
6  continuance and has no objection.  The parties further agree that the deadlines by which the
7  United States Probation Office must disclose the draft and final pre-sentence reports shall be
8  adjusted according to the new March 28, 2013, sentencing date.

9

10  Dated:  March 6, 2013

11                                    _____/s/_____
                                    VARELL L. FULLER
                                    Assistant Federal Public Defender
12

13  Dated  March 6, 2013             _____/s/_____
                                    THOMAS A. COLTHURST
14                                    Assistant United States Attorney

15  //

### [] ORDER

16

17     GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
18  the sentencing hearing date set for Thursday, March 21, 2013, at 10:00 a.m. is continued to
19  Thursday, March 28, 2013, at 10:00 a.m., and the dates by which United States Probation must
20  disclose the draft and final pre-sentence reports shall be adjusted accordingly.

21  Dated:  _____                   _____
22                                    THE HONORABLE D. LOWELL JENSEN
                                    United States District Court Judge
23

24

25

26

Stipulation and [] Order Continuing
Hearing                                   2